UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

        -V-

        David Williams

------------------------------X

#20 Cr 49 (JFK)

The bail hearing in this case is rescheduled from March 12 to

**Monday, March 16, 2020 at 11:15 a.m. in Courtroom 20-C**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-9-20

SO ORDERED.

Dated: New York, New York

3-9-20

_/s/ John F. Keenan_
JOHN F. KEENAN
United States District Judge