

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 2, 2020

<u>**VIA ECF**</u>
The Honorable John F. Keenan
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 1007

**MEMO ENDORSED**

Re:   <u>**United States v. David Williams**</u>, 20 Cr. 49 (JFK)
      *Request for Adjournment*

Dear Judge Keenan:

With the consent of the defendant, David Williams, I write to respectfully request the adjournment of the status conference presently scheduled for April 16, 2020 in the above-referenced case in light of the current efforts to slow the transmission of COVID-19. In accordance with the Court's availability, the parties request that the status conference be rescheduled to May 14, 2020 at 2:30 p.m. The parties are in agreement that time between April 16, 2020 and May 14, 2020 be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Danielle M. Kudla
Jun Xiang

Both parties in agreement, the Government's request is GRANTED. The time between April 16, 2020 and May 14, 2020, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the interests of justice are best served by permitting the adjournment given the on-going public health emergency caused by COVID-19.

SO ORDERED.

Dated:  New York, New York
        April 8, 2020

_____
John F. Keenan
United States District Judge