

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 8, 2020

**BY ECF**
The Honorable John F. Keenan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007



     **Re:    United States v. Williams, 20 Cr. 49 (JFK)**

Dear Judge Keenan:

     At the Court's direction, the Government submits this letter jointly on behalf of the parties to adjourn the pretrial conference scheduled for May 14, 2020 until June, in light of the on-going COVID-19 public health crisis. The parties agree that time between May 14, 2020 and the new date of the conference should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice, so the parties can prepare for trial given the on-going health crisis.

                Respectfully submitted,

                GEOFFREY S. BERMAN
                United States Attorney for the
                Southern District of New York

          by:    /s/ Jun Xiang

Both parties in agreement, the Government's request is GRANTED. The next conference is scheduled for June 23, 2020 at 11 a.m. in Courtroom 20-C. The time between May 14, 2020 and June 23, 2020, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the interests of justice are best served by permitting the adjournment given the on-going public health emergency caused by COVID-19.

SO ORDERED.

Dated: New York, New York
      April 10 , 2020

                       John F. Keenan
                   United States District Judge