```
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

        -V-                         #20 Cr 49 (JFK)

        David Williams

------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-9-20

The Court has revised the schedule in this case as follows:

Pretrial Motions are due by December 21, 2020. The Responses are due by January 4, 2021. The Replies are due by January 11, 2021. The next conference will be held on January 20, 2021 at 11:00 a.m. in Courtroom 20-C. The jury trial will commence on February 8, 2021 at 10:30 a.m. in a courtroom to be designated by the Court at a later date. The time between February 2, 2021 and February 8, 2021, shall be excluded from speedy trial calculations pursuant to 18 U.S.C. 3161(h)(7) to allow the parties to prepare for trial and/or continue to engage in discussions regarding a possible pretrial disposition; to ensure the health and safety of all parties in light of the health emergency caused by the COVID-19 pandemic; and because the Court finds that the ends of justice served by this exclusion outweigh the interests of the public and the defendant in a speedy trial.

Dated: New York, New York
December 9, 2020

                                       JOHN F. KEENAN
                                       United States District Judge