UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
     U.S.A.

       -V-

    David Williams

------------------------------X

#20 Cr 49 (JFK)

The plea in this case is adjourned from January 20, 2021 to January 27, 2021 at a time to be set.

SO ORDERED.

Dated: New York, New York

1-13-21

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-13-21