**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 21, 2021

**VIA ECF**

Honorable John F. Keenan
United States District Court
Southern District of New York
New York, New York 10007

**MEMO ENDORSED**

*Re: United States v. David Williams, 20-Cr-49 (JFK)*

Dear Judge Keenan:

    I write to respectfully request a thirty-day adjournment of the plea proceeding, which is currently scheduled for January 27, 2021. This week, the defense received a Brady disclosure that may impact Mr. Williams' decision to move forward with the plea proceeding. Given the significant delays in receiving mail at the MCC as well as scheduling legal calls at the MCC, the defense would ask for thirty days to ensure there is sufficient time for Mr. Williams to review the Brady disclosure, consult with his counsel, and allow the parties to discuss how Mr. Williams intends to move forward. I have spoken the prosecution and they consent to this adjournment. Additionally, the defense consents to the exclusion of time.

    Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *Marisa K. Cabrera*
Marisa K. Cabrera
Attorney for David Williams

```
Both sides in agreement, Defendant's request is GRANTED.  Defendant's
plea proceeding is adjourned to February 24, 2021 at 11:00 a.m. via
videoconference.  The time between February 8, 2021, and February
24, 2021, shall be excluded from speedy trial calculations pursuant
to 18 U.S.C. § 3161(h)(7).

SO ORDERED.

Dated:   New York, New York        /s/ John F. Keenan
         January 21, 2021              John F. Keenan
                                   United States District Judge
```