USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-11-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

        U.S.A.

        -V-

    David Williams

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

#20 Cr 49 (JFK)

The plea in this case, set for Wednesday, February 24, 2021 at 11:00 a.m., will be held <u>in person</u> in Courtroom 20-C, 500 Pearl Street, New York, NY.

SO ORDERED.

Dated:  New York, New York

2-11-21

JOHN F. KEENAN
United States District Judge